UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

§
§
§
§
§

## ORDER REGARDING WACO DIVISION DOCKET

It is hereby **ORDERED** that the cases attached at Appendix A are to be **UNREFERRED** from United States Magistrate Judge Derek T. Gilliland and **TRANSFERRED** from the undersigned's docket to the docket of United States District Judge Leon Schydlower. This transfer is made with the consent of Judge Schydlower.

It is further **ORDERED** that any initial pretrial conferences set in the cases attached at Appendix A are to be **CANCELLED** prior to transfer.

It is further **ORDERED** that the Clerk of Court shall credit these cases to the percentage of business of the receiving Judge.

**SIGNED** this 11th day of September, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

# APPENDIX A

| | |
|---|---|
| 6-25-cv-00337 | Ireland v. Prestige Motorcar Imports, LLC |
| 6-25-cv-00340 | Reese v. Turner Mining Group, LLC |
| 6-25-cv-00342 | Douglas v. Collins |
| 6-25-cv-00343 | Thomas v. Liberty Mutual Personal Insurance Company |
| 6-25-cv-00344 | Peters v. Killeen Independent School District |
| 6-25-cv-00347 | J&J Prime LLC v. Ategrity Specialty Insurance Company |
| 6-25-cv-00351 | Hickson v. Bisignano, Commissioner of Social Security |
| 6-25-cv-00353 | Payton v. Safeco Insurance Company of Indiana |
| 6-25-cv-00354 | Bell v. Toto Freight Inc. |
| 6-25-cv-00356 | Carlile v. Johnson & Johnson and Ethicon, US LLC |
| 6-25-cv-00357 | Carney and Williams-McKinney v. Union Pacific Corporation and Union Pacific Railroad Company |
| 6-25-cv-00358 | Destiny World Outreach Center, Inc. v. Church Mutual Insurance Company, S.I. |
| 6-25-cv-00359 | Jordan v. Autozone Parts, Inc. |
| 6-25-cv-00360 | Hendrickson v. Carrington Mortgage Services, LLC and US Bank Trust National Association |
| 6-25-cv-00362 | ZKI Friends LLC et al v. City of Temple et al |
| 6-25-cv-00363 | Stacy v. Bisignano, Commissioner of Social Security |
| 6-25-cv-00364 | Heritage Ministries v. Independent Digital News & Media, Ltd. |
| 6-25-cv-00365 | Steven Hicks v. Bisignano, Commissioner of Social Security |
| 6-25-cv-00366 | Ramirez v. Dolgen Corp of Texas, Inc. |
| 6-25-cv-00367 | Arteaga v. Coast Line Express Inc. |
| 6-25-cv-00368 | Joseph et al v. State Farm Lloyds |
| 6-25-cv-00369 | Benafix, LLC v. West Coast Call Center |
| 6-25-cv-00370 | Mateo v. TD Bank, N.A. and Equifax Information Services, LLC |
| 6-25-cv-00371 | Molina v. American Express Company |
| 6-25-cv-00372 | Carmer v. Support Services Group, Inc. |
| 6-25-cv-00374 | Jared Broderick v. Wells Fargo Cleaning Services, LLC and Hugh Shine |

| | |
|---|---|
| 6-25-cv-00375 | Ruiz Reyes v. Credit Acceptance Corporation |
| 6-25-cv-00377 | Schustz v. Advanced Recovery of Texas Inc. |
| 6-25-cv-00381 | Dunbar v. USAA Federal Savings Bank |
| 6-25-cv-00383 | M&T Bank v. Gonzales et al |
| 6-25-cv-00385 | Gordon v. Bisignano, Commissioner of Social Security |
| 6-25-cv-00387 | Kilgore v. FCA US, LLC |
| 6-25-cv-00388 | Chism v. Sendero Outdoors, Inc. |
| 6-25-cv-00389 | Murray Sr v. TitleMax et al |
| 6-25-cv-00391 | Shawaina v. Versalift |
| 6-25-cv-00392 | Person v. Nationwide Mutual Insurance Company |
| 6-25-cv-00393 | Cooke v. JPMorgan Chase Bank N.A. |
| 6-25-cv-00395 | Clemmons v. Cornerstone Caregiving, LLC |
| 6-25-cv-00396 | Carrington Mortgage Services, LLC v. Binder et al |
| 6-25-cv-00397 | Do v. Accelerant Specialty Insurance Company et al |
| 6-25-cv-00399 | Miller v. Bisignano, Commissioner of Social Security |
| 6-25-cv-00400 | Remy v. Dolgen Corp. et al |
| 6-25-cv-00401 | Lakeview Loan Servicing, LLC v. Frase et al |
| 6-25-cv-00402 | Segovia v. TitleMax of Texas, Inc. |
| 6-25-cv-00403 | Lakeview Loan Servicing, LLC v. Hodgkiss et al |
| 6-25-cv-00404 | Velasco v. Killeen Independent School District |
| 6-25-cv-00410 | Capeles-Cruz, Jr. v. Bisignano, Commissioner of Social Security |
| 6-25-cv-00412 | CitiMortgage, Inc. v. Baldwin et al |
| 6-25-cv-00415 | Kyle v. Home Depot USA, Inc. |
| 6-25-cv-00416 | Hernandez v. Bell County, et al |