UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **HERITAGE MINISTRIES d/b/a HOMESTEAD HERITAGE,** §§§§ | |
| *Plaintiff*, § | |
| § | No. 6:25-CV-00364-LS |
| v. § | |
| § | |
| **INDEPENDENT DIGITAL NEWS & MEDIA, LTD.,** §§§ | |
| *Defendant*. | |

### ORDER FOR BRIEFING ON FEDERAL JURISDICTION

The Court reviews its jurisdiction *sua sponte*.[1] Plaintiff's complaint omits any explanation about why the amount in controversy exceeds $75,000.00. Therefore, by **September 26, 2025,** Plaintiff shall brief how and why this court has subject matter jurisdiction.

**SO ORDERED**.

**SIGNED** and **ENTERED** on September 13, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] See *Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999) ("[S]ubject-matter delineations must be policed by the courts on their own initiative even at the highest level." (citations omitted)); Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.").