# UNITED STATES DISTRCT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **HERITAGE MINISTRIES d/b/a** | § | |
| **HOMESTEAD HERITAGE,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **CASE NO.: 6:25-CV-00364-LS** |
| | § | |
| **INDEPENDENT DIGITAL NEWS &** | § | |
| **MEDIA, LTD.,** | § | |
| | § | |
| *Defendant*. | § | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Heritage Ministries d/b/a Homestead Heritage ("Heritage" or "Plaintiff") files its Motion for Leave to File its First Amended Complaint in response to the Court's Order for Briefing on Federal Jurisdiction [ECF No. 7], and in support thereof, Plaintiff respectfully shows the Court the following:

## I.
### PROCEDURAL HISTORY

1.      On August 15, 2025, Plaintiff filed its Original Complaint.[1]

2.      On August 25, 2025, counsel of record for The Independent Digital News & Media, LTD. ("Defendant") waived service of the Complaint.[2]

3.      On September 13, 2025, the Court, *sua sponte*, entered its Order for Briefing on Federal Jurisdiction (the "Order") directing Plaintiff to explain the basis for subject-matter jurisdiction in this action.[3]

---

[1] ECF No. 1.
[2] ECF No. 4.
[3] ECF No. 7.

4.      In accordance with the Order, and for judicial economy, Plaintiff seeks leave to file its First Amended Complaint which includes additional facts and bases that support the Court's diversity jurisdiction in this action. Additionally, and to ensure full compliance with the Court's Order, Plaintiff is filing concurrently herewith its Brief in Support of Federal Jurisdiction, in the Alternative to Plaintiff's First Amended Complaint. Plaintiff attaches to this Motion as **Exhibit 1** a copy of Plaintiff's First Amended Complaint.

## II.
## ARGUMENT AND AUTHORITIES

5.      The Federal Rules of Civil Procedure allow a party to amend its pleading as a matter of course before any responsive pleading is filed. *Dussouy v. Gulf Coast Inv. Corp.*, 660 F.2d 594, 597 (5th Cir. 1981). Even if a responsive pleading has been filed, a party may still amend its pleading with the opposing party's consent, but if no such consent is provided, the law encourages courts to "freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

6.      Plaintiff is entitled to leave in these circumstances. First, Defendant has not filed a response to Plaintiff's Original Complaint and its deadline to do so is not until October 20, 2025. Therefore, Plaintiff is entitled to amend its pleading as a matter of course. *Dussouy*, 660 F.2d at 597.

7.      Second, granting leave for Plaintiff to file its Amended Complaint furthers judicial economy and is in the interest of justice as Plaintiff's Amended Complaint resolves the Court's inquiry into the bases for federal subject matter jurisdiction in this case as it explains that complete diversity exists and that Plaintiff's damages exceed $75,000.

Accordingly, Plaintiff requests that the Court grant this Motion for Leave allowing Plaintiff to file its Amended Complaint and for other relief to which Plaintiff is justly entitled.

Respectfully submitted,

SCHEEF & STONE, L.L.P.

By: */s/ J. Mitchell Little*
    J. Mitchell Little
    State Bar No. 24043788
    mitch.little@solidcounsel.com

2600 Network Blvd., Suite 400
Frisco, Texas 75034
(214) 472-2100 Telephone
(214) 472-2150 Telecopier

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

    I certify that on September 26, 2025, I attempted to confer with counsel for Defendant through telephonic means regarding this Motion for Leave and that I was unable to reach Defendant's counsel.

*/s/ Steven B. Coffin*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of September 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

*/s/ J. Mitchell Little*