UNITED STATES DISTRCT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HERITAGE MINISTRIES d/b/a §<br>HOMESTEAD HERITAGE, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>INDEPENDENT DIGITAL NEWS & §<br>MEDIA, LTD., §<br>§<br>*Defendant*. § | CASE NO.: 6:25-CV-00364-LS |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE**

On this day the Court heard Plaintiff's Motion for Leave to File its Amended Complaint (the "Motion"). Having considered the Motion, the First Amended Complaint attached to the Motion, and the documents filed of record, the Court hereby finds that the Motion shall be GRANTED.

IT IS THEREFORE ORDERED, that the Motion is granted and that Plaintiff's Frist Amended Complaint shall be deemed Plaintiff's live pleading.

_____
THE HONORABLE LEON SCHYDLOWER