UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HERITAGE MINISTRIES d/b/a HOMESTEAD HERITAGE,<br><br>*Plaintiff,*<br><br>-v-<br><br>INDEPENDENT DIGITAL NEWS & MEDIA, LTD.,<br><br>*Defendant.* | Case No. 6:25-cv-00365-LS<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Cameron Stracher as counsel of record in this case for Defendant Independent Digital News & Media, Ltd. I certify that I am admitted to practice in, and a member of good standing of, this Court.

Dated: October 1, 2025                                              Respectfully submitted,

                                                                    /s/ *Cameron Stracher*
                                                                    Cameron Stracher
                                                                    CAMERON STRACHER, PLLC
                                                                    1133 Broadway, Suite 516
                                                                    New York, NY 10010
                                                                    T: (646) 992-3850
                                                                    F: (646) 992-4241
                                                                    E: cam@stracherlaw.com

## *CERTIFICATE OF SERVICE*

      I hereby certify that on this  1st  day of   October  , 2025, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was filed with the Court through the ECF-CM electronic filing system, which will automatically serve electronic notice of the same on the counsel of record:

      J. Mitchell Little
      Scheef & Stone, L.L.P.
      2600 Network Blvd., Suite 400
      Frisco, TX 75034

      *Counsel for Plaintiff*

        */s/  Cameron Stracher*