# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| HERITAGE MINISTRIES d/b/a HOMESTEAD HERITAGE,<br><br>*Plaintiff,*<br><br>-v-<br><br>INDEPENDENT DIGITAL NEWS & MEDIA, LTD.,<br><br>*Defendant.* | Case No. 6:25-cv-00364-LS<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Sara Tesoriero as counsel of record in this case in addition to Cameron Stracher for Defendant Independent Digital News & Media, Ltd. I certify that I am admitted to practice in, and a member of good standing of, this Court.

Dated: October 14, 2025                  Respectfully submitted,

                                                   /s/ *Sara C. Tesoriero*
                                                 Sara C. Tesoriero
                                                 CAMERON STRACHER, PLLC
                                                 1133 Broadway, Suite 516
                                                 New York, NY 10010
                                                 T: (646) 992-3850
                                                 F: (646) 992-4241
                                                 E: sara@stracherlaw.com

2

## *CERTIFICATE OF SERVICE*

I hereby certify that on this  14th  day of   October  , 2025, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was filed with the Court through the ECF-CM electronic filing system, which will automatically serve electronic notice of the same on the counsel of record:

>J. Mitchell Little
>Scheef & Stone, L.L.P.
>2600 Network Blvd., Suite 400
>Frisco, TX 75034
>
>*Counsel for Plaintiff*

   /s/  Sara C. Tesoriero