# APPENDIX 1

# Homestead Heritage Defense Chart

| COMPLAINED OF STATEMENTS | STATEMENTS IN ARTICLE[1] | DEFENSES | SUPPORTING EVIDENCE (contained in the Article) |
|---|---|---|---|
| COS 1 | "Two of the women [who left the community] and later filed a complaint with the state against the community's midwife, who they say *is unlicensed, practicing medicine illegally and left one of them with long term debilitating birth injuries*." | Not "Of and Concerning" Plaintiff<br><br>Fair comment privilege (CPRC § 73.002(b)(2))<br><br>Privileged third-party allegation (CPRC § 73.005(b)) | "Noa says she asked Lancaster if she was licensed to practice midwifery. According to Noa, Lancaster replied that she was not."<br><br>"All mothers in my care sign informed consent forms, clearly acknowledging that I am not a state licensed midwife and that they are seeking personal support, not professional medical care," Lancaster told *The Independent*.<br><br>According to Lancaster's letter, included in the Article, "I … never presented myself as a licensed midwife to anyone." |
| COS 2 | "At Homestead Heritage, women are expected to get married and reproduce." (recounting conversation with Tabitha) | Not capable of a defamatory meaning<br><br>Opinion | |

---

[1] Because Plaintiff's Second Amended Complaint takes many, if not all, of the statements out of context, Defendant has provided the entirety of the sentence in which each of the excerpts appear. The italics indicate the incomplete portions listed in the live Complaint.

## Homestead Heritage Defense Chart

| COMPLAINED OF STATEMENTS | STATEMENTS IN ARTICLE[1] | DEFENSES | SUPPORTING EVIDENCE (contained in the Article) |
|---|---|---|---|
| COS 3(a) | "She [Noa] says she *did not receive pain medication, nor did she ask for it, because it went against church policy*." | Not "Of and Concerning" Plaintiff<br><br>Not capable of a defamatory meaning<br><br>Privileged third-party allegation (CPRC § 73.005(b)) | |
| COS 3(b) | Several paragraphs later (including Lancaster's response), the Article continues… "Noa says she did not see any other medical professionals in the days and months following her birth and says the procedure left her with *permanent injuries to her pelvic floor*." | Not "Of and Concerning" Plaintiff<br><br>Privileged reporting on administrative (TDLR) proceeding (CPRC § 73.002(b)(1)(B))<br><br>Privileged third-party allegation (CPRC § 73.005(b)) | Statement from Noa's medical records cited in the Article, a subsequent midwife (who encouraged her to file a complaint about Lancaster with TDLR) wrote a statement TDLR, "Had the repair following … birth been done correctly, the pelvic floor muscles would have been joined together preventing the rectocele and resulting in a stronger pelvic floor." |
| COS 4 | Recounting comments from Tabita, "When she turned 30, she started questioning her life. She says *church leaders hadn't allowed her to get married*, with one telling her, as she explained, 'I was not worthy of being a wife at the moment | Not capable of a defamatory meaning.<br><br>Privileged third-party allegation (CPRC § 73.005(b)) | |

## Homestead Heritage Defense Chart

| COMPLAINED OF STATEMENTS | STATEMENTS IN ARTICLE[1] | DEFENSES | SUPPORTING EVIDENCE (contained in the Article) |
|---|---|---|---|
| | because I was not showing wife character traits.'" | | |
| COS 5 | "'I learned the ABCs but that was pretty much it,' Tabitha said during a recent phone call. 'There was *no history, math, science, nothing*.'"[2] | Not "Of and Concerning" Plaintiff<br><br>Not capable of a defamatory meaning<br><br>Fair comment privilege (CPRC § 73.002(b)(2))<br><br>Privileged third-party allegation (CPRC § 73.005(b)) | "While we have found homeschooling to be very effective, each family is free to choose its own curriculum and teaching," Wheeler, the [Homestead] community spokesperson, said in a statement. |
| COS 6 | "But those who've exiled themselves from the community say life inside is far more *sinister, with a lack of education, adequate medical care and life options leaving them traumatized*." | Opinion<br><br>Fair comment privilege (CPRC § 73.002(b)(2))<br><br>Privileged third-party allegation (CPRC § 73.005(b)) | |

---

[2] Plaintiff completely mischaracterizes this statement as one about the educational program at Homestead Heritage generally, when, in fact, their own community spokesperson said that each family was "free to choose its own curriculum and teaching." The Article merely recounts one individual's experience based on how her family decided to homeschool.