# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| HERITAGE MINISTRIES d/b/a HOMESTEAD HERITAGE, § § § | | |
| *Plaintiff*, § § | | |
| v. § § | CASE NO.: 6:25-CV-00364-LS | |
| INDEPENDENT DIGITAL NEWS & MEDIA, LTD., § § § § | | |
| *Defendant*. § | | |

## JOINT MOTION TO AMEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS AND TO STAY DISCOVERY

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff Heritage Ministries d/b/a Homestead Heritage ("Heritage" or "Plaintiff") and Defendant Independent Digital News & Media, Ltd. ("Defendant") request that the Court modify the briefing schedule for Defendant's Motion to Dismiss in accordance with the Parties' stipulations set forth below.

1. The Parties, having conferred in good faith, stipulate and agree to amend the briefing schedule concerning Defendant's Motion to Dismiss as follows:

| Deadline | Original Deadline | Agreed Extended Deadline |
|---|---|---|
| Plaintiff's Response to Defendant's Motion to Dismiss | December 8, 2025 | January 12, 2026 |
| Defendant's Reply in Support of Defendant's Motion to Dismiss | December 15, 2025 | February 13, 2026 |

2. The Parties have further stipulated and agreed to stay all discovery in this case until the date on which the Court issues a ruling on Defendant's Motion to Dismiss.

3. Accordingly, the Parties request that the Court enter the proposed order submitted herewith confirming the Parties' stipulations.

Dated: December 5, 2025

                          Respectfully submitted,

**SCHEEF & STONE, L.L.P.**

By: */s/ J. Mitchell Little*
     J. Mitchell Little
     State Bar No. 24043788
     mitch.little@solidcounsel.com
     2600 Network Blvd., Suite 400
     Frisco, Texas 75034
     (214) 472-2100 Telephone
     (214) 472-2150 Telecopier

     ATTORNEYS FOR PLAINTIFF

**HAYNES & BOONE, LLP**

By: */s/ Laura L. Prather* (with permission)
     Laura L. Prather
     State Bar No. 16234200
     Laura.Prather@haynesboone.com
     Catherine L. Robb
     State Bar No. 24007924
     Catherine.robb@haynesboone.com
     98 San Jacinto Blvd, Suite 1500
     Austin, Texas 78701
     Telephone: (512) 867-8400

               AND

**CAMERON STRACHER, PLLC**

**By:** */s/ Cameron Stracher* (with permission)
     Cameron Stracher
     1133 Broadway, Suite 516
     New York, NY 10010
     T: (646) 992-3850
     F: (646) 992-4241
     E: cam@stracherlaw.com

     ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 5th day of December, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

                                                    */s/ J. Mitchell Little*